**Order filed May 30, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00148-CR

———————

### EX PARTE DIANA E. RODRIGUEZ

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 05-DCR-043094**

## ORDER

Appellant is represented by retained counsel, **Eduardo Jesus Franco**. No reporter's record has been filed in this case. Karen Romeo Rothman, the official court reporter for the 400th District Court, informed this court that appellant had not made arrangements for payment for preparation of the reporter's record. On April 22, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply. Accordingly, we issue the following order:

We ORDER appellant's retained counsel, **Eduardo Jesus Franco**, to file a brief in this appeal on or before **June 20, 2013.** If counsel does not timely file the brief as ordered, the court will consider issuing a show cause order directing him to appear before this court on a date certain to show cause why he should not be held in contempt of court for failing to file the brief as ordered.


PER CURIAM